**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| Christa Davis, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | No. 3:10-cv-00043 |
|     vs. | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| Portfolio Recovery Associates, LLC | ) | |
| | ) | |
| | ) | |
|     Defendant. | ) | |

NOW COMES the Plaintiff Christa Davis, by and through her attorney, M. LYNETTE

HARTSELL, and hereby notifies the Court that a Settlement Agreement has been reached.

Plaintiff will file the appropriate Dismissal with the Court, subsequent to the final approval and

exchange of documents between the parties.


Respectfully Submitted,

/s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
(888) 595-9111, ext. 713 (phone)
(866) 382-0092 (facsimile)
lhartsell@attorneysforconsumers.com