# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| CHRISTA DAVIS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:10-cv-00043-FDW-DCK |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | ) **STIPULATION OF DISMISSAL** |
| Defendant. | ) |

Now come the Plaintiff, CHRISTA DAVIS, and the Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC., and hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice, each party to assume their own costs, subject to a settlement agreement reached between the parties.

/s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
(888) 595-9111, ext. 713 (phone)
(866) 382-0092 (facsimile)
lhartsell@attorneysforconsumers.com

/s/ Jon Player
Jon Player
Attorney for Defendant
Hedrick Gardner Kincheloe & Garofalo LLP
P. O. Box 30397
Charlotte, NC 28230
Direct Phone:    704.602.8023
Direct Fax:      704.602.8123
jplayer@hedrickgardner.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 19, 2010, a copy of the foregoing Stipulation of Dismissal was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                             /s/ M. Lynette Hartsell
                                             M. Lynette Hartsell (9845)
                                             Attorney for Plaintiff
                                             1010 Lakeview Drive
                                             Cedar Grove, NC 27231
                                             (888) 595-9111, ext. 713 (phone)
                                             (866) 382-0092 (facsimile)
                                             lhartsell@attorneysforconsumers.com